WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada State Bar No. 0050
E. Daniel Kidd, Esq.
Nevada State Bar No. 10106
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
dkidd@wrightlegal.net
*Attorneys for Plaintiff Ocwen Loan Servicing, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| OCWEN LOAN SERVICING, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; and SUNDANCE AT THE SHADOWS HOMEOWNERS' ASSOCIATION,<br><br>Defendants. | Case No.: 2:17-cv-01757-JAD-VCF<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY** |

Plaintiff Ocwen Loan Servicing, LLC ("Ocwen"), by and through its counsel of record, Dana Jonathon Nitz, Esq. and E. Daniel Kidd, Esq., of the law firm Wright, Finlay & Zak, LLP; Defendant SFR Investments Pool 1, LLC ("SFR"), by and through its counsel of record, Diana S. Ebron, Esq., Jacqueline A. Gilbert, Esq. and Karen L. Hanks, Esq., of the law firm Kim Gilbert Ebron; and Defendant Sundance at the Shadows Homeowners' Association (the "HOA"), by and through it counsel of record, Joseph Y. Hong, Esq., of the law firm Hong & Hong, APLC, (collectively, the "Parties") hereby stipulate and agree as follows:

The instant case arises from a homeowners association foreclosure sale that occurred on August 2, 2013 ("HOA Sale") on the property commonly known as 5858 Hollingshed Ct., N. Las Vegas, Nevada 89081, APN: 124-25-311-034 ("Property"). On October 30, 2017, SFR

filed a Motion to Dismiss (ECF No. 18). Ocwen filed an opposition to the Motion to Dismiss on November 13, 2017. *See* (ECF No. 20). No decision has been entered on the Motion to Dismiss. Ocwen also filed a Motion for Leave to File Second Amended Complaint (ECF No. 28) on February 22, 2018. SFR filed an opposition to the Motion. *See* (ECF No. 29). No decision has been entered on the Motion. Based on the foregoing, and good cause appearing, the Parties hereby stipulate and agree to stay discovery pending a decision on the Motion to Dismiss.

DATED this 27th day of April, 2018

WRIGHT, FINLAY & ZAK, LLP

*/s/ E. Daniel Kidd*
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
E. Daniel Kidd, Esq.
Nevada Bar No. 10106
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Attorneys for Plaintiff*
*Ocwen Loan Servicing, LLC*

DATED this 27th day of April, 2018

HONG & HONG, APLC

*/s/ Joseph Y. Hong*
Joseph Y. Hong, Esq.
Nevada Bar No. 5995
10781 W. Twain Avenue
Las Vegas, Nevada 89135
*Attorneys for Defendant Sundance at the Shadows Homeowners' Association*

DATED this 27th day of April, 2018

KIM GILBERT EBRON

*/s/ Diana S. Ebron*
Diana S. Ebron, Esq.
Nevada Bar No. 10580
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
Karen L. Hanks, Esq.
Nevada Bar No. 9578
7625 Dean Martin Dr., Suite 110
Las Vegas, Nevada 89139
*Attorneys for Defendant SFR Investments Pool 1, LLC*

**IT IS SO ORDERED.**

Dated this 2nd day of May, 2018.

_____
UNITED STATES MAGISTRATE JUDGE