**SAO**
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| OCWEN LOAN SERVICING, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; and SUNDANCE AT THE SHADOWS HOMEOWNERS' ASSOCIATION,<br><br>Defendants.<br><br>SFR INVESTMENTS POOL 1, LLC,<br><br>Counter/Cross Claimant,<br>vs.<br><br>OCWEN LOAN SERVICING, LLC; FAITH L. NOBORIKAWA, an individual,<br><br>Counter/Cross Defendants. | Case No. 2:17-cv-01757-JAD-VCF<br><br>**STIPULATION AND ORDER DISMISSING FAITH L. NOBORIKAWA WITHOUT PREJUDICE**<br><br>ECF No. 42 |

Cross-Defendant FAITH L. NOBORIKAWA ("Noborikawa") stipulates and agrees that she does not have any interest, ownership or otherwise, in the real property commonly known as **5858 Hollingshed Court, North Las Vegas, NV 89081, APN: 124-25-311-034** ("Property"). Noborikawa has been informed that the Property was sold on August 2, 2013 by the foreclosure sale conducted by Nevada Association Services, Inc. ("NAS"), agent for

- 1 -

Sundance at the Shadows Homeowners Association. Noborikawa further stipulates and agrees that she will not contest the validity of the resulting foreclosure deed recorded in the Official Records of the Clark County Recorder, Instrument Number 201308070001617, or SFR Investments Pool 1, LLC's ownership interest in the Property based on the foreclosure deed.

Based on these representations, SFR Investments Pool 1, LLC and FAITH L. NOBORIKAWA stipulate and agree that FAITH L. NOBORIKAWA shall be dismissed from this action without prejudice, each party to bear their own fees and costs.

Dated this 10th day of July, 2018.

**KIM GILBERT EBRON**

_____
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
7625 Dean Martin Dr., Suite 110
Las Vegas, Nevada 89139
Phone: (702) 485-3300
Fax: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

Dated this 6th day of July, 2018.

**FAITH L. NOBORIKAWA**

_____
Faith Noborikawa
*Cross-Defendant*
c/o Smith & Shapiro
3333 E. Serene Avenue, Suite 130
Henderson, NV 89074
*Attorneys for Cross-Defendant*

## ORDER

Based on the parties' stipulation **[ECF No. 42]** between SFR Investments Pool 1, LLC and Faith Noborikawa, which I treat as a joint motion under LR 7-1(c) because it is signed by fewer than all parties, and with good cause appearing, IT IS HEREBY ORDERED that **all claims against Faith Noborikawa are DISMISSED**, each party to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 17, 2018