# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| OCWEN LOAN SERVICING, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, *et al.*,<br><br>Defendants. | 2:17-cv-01757-JAD-VCF<br><br>**ORDER** |

The Court has reviewed the Federal Home Loan Mortgage Corporation's Emergency Motion to Quash and for Protective Order (ECF No. 45). The instant motion will be briefed in the ordinary course.

Accordingly,

IT IS HEREBY ORDERED that the deposition of Federal Home Loan Mortgage Corporation scheduled for September 18, 2018 is VACATED.

Until further order of the court, the following deadlines are vacated:

| | |
|---|---|
| Discovery Cut-off | September 21, 2018 |
| Dispositive Motions | October 22, 2018 |
| Pre-Trial Order | November 21, 2018 |

IT IS SO ORDERED.

DATED this 4th day of September, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE