DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-Mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-Mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-Mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada  89139-5974
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorney for Defendant/Counterclaimant/Cross-Claimant,*
*SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| OCWEN LOAN SERVICING, LLC, | Case No.:  2:17-cv-01757-JAD-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR SFR INVESTMENTS POOL 1, LLC TO FILE ITS RESPONSE TO FEDERAL HOME LOAN MORTGAGE CORPORATION'S EMERGENCY MOTION TO QUASH AND FOR PROTECTIVE ORDER [ECF NO. 45]** |
| SFR INVESTMENTS POOL 1, LLC; and SUNDANCE AT THE SHADOWS HOMEOWNERS' ASSOCIATION, | |
| Defendants. | |
| | **(FIRST REQUEST)** |
| SFR INVESTMENTS POOL 1, LLC, | |
| Counterclaimant/Cross-Claimant, | |
| vs. | |
| OCWEN LOAN SERVICING, LLC; FAITH L. NOBORIKAWA, an individual, | |
| Counter-Defendant/Cross-Defendant. | |

/ / /

/ / /

/ / /

/ / /

KIMGILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR SFR INVESTMENTS POOL 1, LLC TO FILE ITS RESPONSE TO FEDERAL HOME LOAN MORTGAGE CORPORATION'S EMERGENCY MOTION TO QUASH AND FOR PROTECTIVE ORDER [ECF NO. 45]**

Plaintiff/Counter-Defendant OCWEN LOAN SERVICING, LLC ("Ocwen"), Interested Party FEDERAL HOME LOAN MORTGAGE CORPORATION ("Freddie Mac"), Defendant/Counterclaimant/Cross-Claimant SFR INVESTMENTS POOL 1, LLC ("SFR"), and Defendant SUNDANCE AT THE SHADOWS HOMEOWNERS' ASSOCIATION ("HOA") (collectively, the "parties"), by and through their respective counsel of record, hereby respectfully submit this Stipulation and Order, pursuant to LR IA 6-1 and LR 7-1, to extend the deadline for SFR to file its Response to Freddie Mac's Emergency Motion to Quash and for Protective Order (the "Motion") [ECF No. 45], filed on August 29, 2018 in the above-entitled action. This is the first request for an extension of the foregoing deadline.

Pursuant to the Order [ECF No. 46] entered by the Court on September 4, 2018 and LR 7-2(b), the deadline for SFR to file its Response to Freddie Mac's Motion [ECF No. 45] is September 12, 2018. SFR has requested and Freddie Mac agrees to extend the deadline by one week to **September 19, 2018**.

SFR respectfully requests additional time so that it may adequately and fully address the arguments presented by Freddie Mac in the Motion.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

The parties submit this Stipulation and Order in good faith and not for purposes of delay or to prejudice any party.

DATED this __12th__ day of September, 2018.

**KIM GILBERT EBRON**

_/s/ Diana S. Ebron_
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-Mail: diana@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139-5974
*Attorney for Defendant/Counterclaimant/*
*Cross-Claimant, SFR Investments Pool 1, LLC*

**WRIGHT, FINLAY & ZAK, LLP**

_/s/ Krista J. Nielson_
KRISTA J. NIELSON, ESQ.
Nevada Bar No. 10698
E-Mail: knielson@wrightlegal.net
WRIGHT, FINLAY & ZAK, LLP
7785 West Sahara Avenue, Suite 200
Las Vegas, Nevada 89117-2789
*Attorney for Plaintiff/Counter-Defendant,*
*Ocwen Loan Servicing, LLC, and Interested*
*Party, Federal Home Loan Mortgage*
*Corporation*

**HONG & HONG, APLC**

_/s/ Joseph Y. Hong_
JOSEPH Y. HONG, ESQ.
Nevada Bar No. 5995
E-Mail: yosuphonglaw@gmail.com
HONG & HONG, APLC
10781 West Twain Avenue
Las Vegas, Nevada 89135-3044
*Attorney for Defendant, Sundance at the*
*Shadows Homeowners' Association*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: ___9-13-2018___

KIMGILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301