WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Krista J. Nielson, Esq.
Nevada Bar No. 10698
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
knielson@wrightlegal.net
*Attorneys for Federal Home Loan Freddie Corporation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| OCWEN LOAN SERVICING, LLC, | Case No.: 2:17-cv-01757-JAD-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF FEDERAL HOME LOAN MORTGAGE CORPORATION'S EMERGENCY MOTION TO QUASH AND FOR PROTECTIVE ORDER (ECF NO. 45)** |
| SFR INVESTMENTS POOL 1, LLC; and SUNDANCE AT THE SHADOWS HOMEOWNERS' ASSOCIATION, | |
| Defendant. | |
| SFR INVESTMENTS POOL 1, LLC, | **(FIRST REQUEST)** |
| Counter/Cross Claimant, | |
| vs. | |
| OCWEN LOAN SERVICING, LLC; FAITH L. NOBORIKAWA, an individual, | |
| Counter/Cross Defendants. | |

/././

/././

/././

**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF FEDERAL HOME LOAN MORTGAGE CORPORATION'S EMERGENCY MOTION TO QUASH AND FOR PROTECTIVE ORDER (ECF NO. 45)**

Non-party Federal Home Loan Mortgage Corporation ("Freddie Mac") by and through its attorneys of record, Christina V. Miller, Esq., and Krista J. Nielson, Esq., of the law firm of Wright, Finlay & Zak, LLP, and Defendant/Counter/Cross Claimant, SFR Investments Pool 1, LLC ("SFR") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On August 30, 2018, Freddie Mac filed its Emergency Motion to Quash and for Protective Order which sought to limit the topics of SFR's deposition of Freddie Mac [ECF No. 45] (the "Motion"). SFR filed its opposition to the Motion of September 19, 2018 [ECF No. 49]. Presently, the deadline for Freddie Mac to file its reply in support of the Motion is September 26, 2018. The Parties have discussed extending the deadline for Freddie Mac to file its reply by one week to October 3, 2018.

This is the first stipulation for extension of time for Freddie Mac to file its reply in support of its Motion. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

/././

/././

/././

/././

/././

/././

/././

/././

/././

WHEREFORE, based on the foregoing, IT IS HEREBY STIPULATED AND AGREED that the deadline for Freddie Mac to file its Reply in Support of its Motion to Quash and for Protective Order shall be extended to October 3, 2018.


DATED this 25th day of September, 2018.
WRIGHT, FINLAY & ZAK, LLP

*/s/ Krista J. Nielson*
Christina V. Miller, Esq.
Nevada Bar No. 12448
Krista J. Nielson, Esq.
Nevada Bar No. 10698
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Federal Home Loan Mortgage Corporation*

DATED this 25th day of September, 2018.
KIM GILBERT EBRON

*/s/ Jacqueline A. Gilbert*
Diana S. Ebron, Esq.
Nevada Bar No. 10580
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
Karen L. Hanks, Esq.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*


IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: ___September 26, 2018___