WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Krista J. Nielson, Esq.
Nevada Bar No. 10698
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
*Attorneys for Plaintiff/Counter-Defendant, Ocwen Loan Servicing, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| OCWEN LOAN SERVICING, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; and SUNDANCE AT THE SHADOWS HOMEOWNERS' ASSOCIATION,<br><br>Defendant. | Case No.: 2:17-cv-01757-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES ON MOTIONS FOR SUMMARY JUGDMENT [ECF NOS. 56 AND 57]**<br><br>[ECF No. 58] |
| SFR INVESTMENTS POOL 1, LLC,<br><br>Counter/Crossclaimant,<br><br>vs.<br><br>OCWEN LOAN SERVICING, LLC; FAITH L. NOBORIKAWA, an individual,<br><br>Counter/Cross-Defendants. | |

COME NOW, Plaintiff/Counter-Defendant Ocwen, Loan Servicing, LLC ("Ocwen"), Defendant/Counterclaimant/Crossclaimant SFR Investments Pool 1, LLC ("SFR") and Defendant Sundance at the Shadows Homeowners' Association (the "HOA") (Ocwen, SFR and the HOA are collectively referred to as the "Parties"), by and through their respective counsel of record, and hereby stipulate and agree as follows:

WHEREAS, on January 28, 2019, Ocwen filed its Motion for Summary Judgment [ECF No.

1

1. 56] and SFR filed its Motion for Summary Judgment [ECF No. 57].

2. WHEREAS, the deadline for the parties to respond to the Motions for Summary Judgment is
3. currently set for February 19, 2019.

4. WHEREAS, counsel for Ocwen will be out of the state from February 16, 2019 through
5. February 20, 2019. The extensions are further requested to allow the parties to fully assess and brief
6. the issues included in the Motions and is not requested for purposes of delay or prejudice to any
7. party.

8. WHEREFORE, based on the foregoing,

9. ///
10. ///
11. ///
12. ///
13. ///
14. ///
15. ///
16. ///
17. ////
18. ///
19. ///
20. ///
21. ///
22. ///
23. ///
24. ///
25. ///
26. ///
27. ///
28. ///

IT IS HEREBY STIPULATED AND AGREED that the briefing schedule for the Motions for Summary Judgment should be briefly extended, as follows:

- Deadline to file a response to the Motions for Summary Judgment [ECF Nos. 56 and 57] extended from February 19, 2019 to **March 4, 2019**.
- Deadline to file any reply in support of the Motions for Summary Judgment extended from 14 days to 28 days after service of the response.

IT IS SO STIPULATED.

DATED this 15th day of February, 2019.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Christina V. Miller*
Christina V. Miller, Esq.
Nevada Bar No. 12448
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Attorneys for Ocwen Loan Servicing, LLC*

DATED this 15th day of February, 2019.

KIM GILBERT EBRON

*/s/ Diana S. Ebron*
Diana S. Ebron, Esq.
Nevada Bar No. 10580
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

DATED this 15th day of February, 2019.

HONG & HONG, P.C.

*/s/ Joseph Y. Hong*
Joseph Y. Hong, Esq., Esq.
Nevada Bar No. 5995
10781 W. Twain Ave.
Las Vegas, Nevada 89135
*Attorneys for* Sundance at the Shadows Homeowners' Association

**IT IS SO ORDERED.**

DATED: February 15, 2019

_____
U.S. District Judge Jennifer A. Dorsey