WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Krista J. Nielson, Esq.
Nevada Bar No. 10698
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
*Attorneys for Plaintiff/Counter-Defendant, Ocwen Loan Servicing, LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| OCWEN LOAN SERVICING, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; and SUNDANCE AT THE SHADOWS HOMEOWNERS' ASSOCIATION,<br><br>Defendant. | Case No.: 2:17-cv-01757-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES ON MOTIONS FOR SUMMARY JUGDMENT [ECF NO. 57]**<br><br>**(Second Request)** |
| SFR INVESTMENTS POOL 1, LLC,<br><br>Counter/Crossclaimant,<br><br>vs.<br><br>OCWEN LOAN SERVICING, LLC; FAITH L. NOBORIKAWA, an individual,<br><br>Counter/Cross-Defendants. | |

Plaintiff/Counter-Defendant Ocwen, Loan Servicing, LLC ("Ocwen") and Defendant/ Counterclaimant/ Crossclaimant SFR Investments Pool 1, LLC ("SFR"), by and through their respective counsel of record, and hereby stipulate and agree as follows:

On January 28, 2019, SFR filed its Motion for Summary Judgment [ECF No. 57] (the "Motion").

Ocwen and SFR previously stipulated to extend the deadline for filing a response to the

1

| | |
|---|---|
| 1 | Motion from February 19, 2019, to March 4, 2019 [ECF No. 58]. Said stipulation also included a |
| 2 | provision that extended the deadline for filing replies in support of the Motions from 14 days after |
| 3 | service of the Response to 28 days after service of the Response. The order granting the stipulation |
| 4 | was entered on February 15, 2019 [ECF No. 59]. |
| 5 |     SFR and Ocwen have discussed extending the deadline for filing Ocwen's response to the |
| 6 | Motion by one additional week because counsel for Ocwen returned from maternity leave on March |
| 7 | 1, 2019. The extensions are further requested to allow Ocwen to fully assess and brief the issues |
| 8 | included in the Motions and is not requested for purposes of delay or prejudice to any party. |
| 9 |     Based on the foregoing, |
| 10 | /// |
| 11 | /// |
| 12 | /// |
| 13 | /// |
| 14 | /// |
| 15 | /// |
| 16 | /// |
| 17 | /// |
| 18 | //// |
| 19 | /// |
| 20 | /// |
| 21 | /// |
| 22 | /// |
| 23 | /// |
| 24 | /// |
| 25 | /// |
| 26 | /// |
| 27 | /// |
| 28 | /// |

IT IS HEREBY STIPULATED AND AGREED that the briefing schedule for the Motion for Summary Judgment should be briefly extended, as follows:

- Deadline for Ocwen to file a response to SFR's Motion for Summary Judgment [ECF No. 57] extended from March 4, 2019 to March 11, 2019.
- Deadline to file any reply in support of the Motions for Summary Judgment extended from 14 days to 28 days after service of the response.

IT IS SO STIPULATED.

DATED this 4th day of March, 2019.

WRIGHT, FINLAY & ZAK, LLP

_____
Krista J. Nielson, Esq.
Nevada Bar No. 10698
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Attorneys for Ocwen Loan Servicing, LLC*

DATED this _4th_ day of March, 2019.

KIM GILBERT EBRON

*/s/Diana S. Ebron*
Diana S. Ebron, Esq.
Nevada Bar No. 10580
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: March 5, 2019.